IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Brent Appeldorn,<br>　　Plaintiff<br><br>VS.<br><br>Law Office of Curtis O. Barnes, P.C.,<br>　　Defendant. | §<br>§<br>§<br>§<br>§　Case No. 4:10-cv-00551-JEG -CFB<br>§<br>§<br>§<br>§ |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

_____
Raymond H. Johnson
JOHNSON LAW FIRM
950 Office Park Road
Suite 335
West Des Moines, IA 50265
515 224 7090
Fax: 515 222 2656
Email: johnsonlaw29@aol.com

ATTORNEY FOR PLAINTIFF